

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00316-CV

Lynann Grumbles

v.

Ineos USA, LLC., Ineos Nitriles, USA, LLC, a Division of Ineos USA, LLC; and Arturo Xavier Trujillo

On Appeal from the
County Court at Law No. 1 of Calhoun County, Texas
Trial Cause No. 2015-CV-0089

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Lynann Grumbles.

We further order this decision certified below for observance.

June 27, 2019